IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE LEVERT and WALTER WILLIAMS, d/b/a/ THE O'JAYS<br><br>v.<br><br>PHILADELPHIA INTERNATIONAL RECORDS, ASSORTED MUSIC, INC., GAMBLE-HUFF, KENNETH GAMBLE, CHUCK GAMBLE, LEON HUFF, and THE RIGHT STUFF/A DIVISION OF CAPITOL RECORDS, INC. | Civil Action No. 04-1489 |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant Chuck Gamble's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Counsel Fees Pursuant to 17 U.S.C. § 505, judgment is hereby entered in favor of defendant Chuck Gamble as to Plaintiffs' First and Second Causes of Action for Copyright Infringement, and as to Plaintiffs' Third, Fourth and Fifth Causes of Action for Breach of Contract. Additionally, this Court will award to Chuck Gamble reasonable costs and fees pursuant to 17 U.S.C. § 505.

Counsel for Chuck Gamble shall submit detailed billing information with respect to legal fees and costs related to the defense of this action, with respect to Chuck Gamble, on or before _____, 2004.

BY THE COURT:

_____ J.